**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY D. JEFFERSON | ) | CASE NO. 23-4828 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | |

### NOTICE OF MOTION

TO: See attached list

 PLEASE TAKE NOTICE that on **Thursday, July 13, 2023, at 9:00 a.m.**, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** a copy of which is attached.

 **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

 **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

 **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

 **Meeting ID**. The meeting ID for this hearing is 160 9362 1728**.** The meeting ID and can also be found on the judge's page on the court's web site.

 **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

             */s/ Adam G. Brief*
             Adam G. Brief, Assistant U.S. Trustee
             Office of the United States Trustee
             219 South Dearborn, Room 873
             Chicago, Illinois 60604
             (312) 886-2805

## CERTIFICATE OF SERVICE

      I, Adam Brief, Trial Attorney, certify that on June 30, 2023, I caused to be served copies of the **Notice of Motion** and **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail.

                                  */s/ Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **David M. Kaleel**     kaleel5@frontier.com
- **Zane Zielinski**      trustee@zanezielinski.com

**Party Served via First Class Mail:**

Anthony D. Jefferson
707 Chapel St.
Ottawa, IL 61350

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY D. JEFFERSON, | ) | CASE NO. 23-4828 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by Assistant U.S. Trustee, Adam G. Brief, and hereby requests this Court to grant an extension of time to object to the discharge of Anthony D. Jefferson (the "Debtor") pursuant to 11 U.S.C. § 727 and to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707, and Fed. R. Bankr. P. 1017(e)(1) and 4004(b). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. On April 12, 2023, the Debtor, represented by David M. Kaleel, filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. The last date for parties to object to discharge under § 727(a) or to file a motion to dismiss under § 707(b) is July 10, 2023.

4. An initial review of the Debtor's petition, schedules and statements reveals potential inconsistencies that require further investigation.

5. Based on the above, the U.S. Trustee requests additional time to investigate whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b).

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to extend the deadlines to object to the Debtor's discharge under § 727(a) and to file a motion to dismiss the Debtor's case under § 707 through and including August 24, 2023, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:<br>
PATRICK S. LAYNG<br>
UNITED STATES TRUSTEE

DATED: June 30, 2023

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-2805