**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY D. JEFFERSON | ) | CASE NO. 23-4828 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | |

## AMENDED NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **Wednesday, July 26, 2023, at 10:30 a.m.**, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss [Docket No. 19]** a copy of which was previously served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID**. The meeting ID for this hearing is 160 9362 1728**.** The meeting ID and can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

          /s/ *Adam G. Brief*
          Adam G. Brief, Assistant U.S. Trustee
          Office of the United States Trustee
          219 South Dearborn, Room 873
          Chicago, Illinois 60604
          (312) 886-2805

## CERTIFICATE OF SERVICE

I, Adam Brief, Trial Attorney, certify that on July 10, 2023, I caused to be served copies of the **Amended Notice of Motion** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail.

/s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **David M. Kaleel**          kaleel5@frontier.com
- **Zane Zielinski**           trustee@zanezielinski.com

**Party Served via First Class Mail:**

Anthony D. Jefferson
707 Chapel St.
Ottawa, IL 61350