UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   23-04828
ANTHONY D. JEFFERSON,   )
)   Chapter: 7
)   Honorable Deborah L. Thorne
)
)
Debtor(s)   )

## ORDER EXTENDING TIME TO OBJECT
## TO DISCHARGE AND TO FILE MOTION TO DISMISS

This cause coming to be heard on the motion of the United States Trustee, due notice having been given:

IT IS HEREBY ORDERED that the last day for the United States Trustee to file an objection to Debtor's discharge is extended to and including August 24, 2023.

IT IS FUTHER ORDERED that the last day for the United States Trustee to file a Motion to Dismiss under 11 U.S.C. 707(b) is extended to and including August 24, 2023.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  July 13, 2023

**Prepared by:**

Adam G. Brief
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-2805